AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### SOUTHERN DIVISION

| | | |
|---|---|---|
| NATIVE ANGELS HOME CARE AGENCY, INC. <br>     Plaintiff, <br><br> v. <br><br><br> KATHLEEN SEBELIUS <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:09-CV-187-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court GRANTS Native Angels' summary-judgment motion [D.E. 14] as to its claim that 42 C.F.R. § 418.309(b)(1) is invalid and contrary to law, DENIES the Secretary's cross-motion for summary judgment as to 42 C.F.R. § 418.309(b)(1) [D.E. 19], and GRANTS the declaratory and injunctive relief. The court DENIES Native Angels' motion for preliminary injunction [D.E. 16] as moot. The court GRANTS summary judgment to the Secretary on plaintiff's Fifth amendment claim under the Takings Clause.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 30, 2010** WITH A COPY TO:

Matthew William Wolfe (via CM/ECF Notice of Electronic filing)
Matthew Lee Feswak (via CM/ECF Notice of Electronic filing)


| | |
|---|---|
| November 30, 2010 <br> Date | DENNIS P. IAVARONE, Clerk <br> Eastern District of North Carolina <br><br> /s/ Debby Sawyer <br> (By) Deputy Clerk |
| Raleigh, North Carolina | |